UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Makki, Nada                                    Chapter 7
                                               Case No. 10-49518 TJT
          Debtor.                              Hon. Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $4.01, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | American Infosource LP As Agent For Target<br>P.O. Box 248866<br>Odlahoma City, OK 73124-8866 | $ 4.01 |
| | **TOTAL:** | **$ 4.01** |

Dated:  11/10/2010              /s/ Frederick J. Dery
                                Frederick J. Dery, Trustee
                                803 W. Big Beaver
                                Suite 353
                                Troy, MI 48084
                                fdery@fredjdery.com